UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| KEVIN LEE RUSSELL | ) | CASE NO. 10-32352 |
| JODY MAY BROWN | ) | CHAPTER 13/aa |
| | ) | |
| Debtor(s) | ) | |

## COURT MINUTES TO FILE AGREED ORDER

**NATURE OF PROCEEDINGS:** Hearing on Trustee's Motion for Modification of Plan After Confirmation Pursuant to 11 U.S.C. §1329(a)

**DATE & TIME:** February 5, 2015 at 2:00 p.m.                                    **DOCUMENT NO.** 71

**APPEARANCES:**
ATTORNEY FOR DEBTOR(S): JAMES K. TAMKE, ESQ  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Not Present
CHAPTER 13 TRUSTEE: DEBRA L. MILLER, ESQ  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Present

**OBJECTION/RESPONSE FILED BY:**
12-27-14 Debtors' [doc. #75]

---

Hearing was held in South Bend, Indiana, on February 5, 2015, on the Chapter 13 Trustee's Motion for Modification of Plan After Confirmation.

Comes now, chapter 13 trustee, and advises the court that an agreed order will be filed resolving the motion.

Parties are directed to file with the court said agreed order on or before February 19, 2015. Failure to file said agreed order may cause the court to grant the Trustee's motion without further notice or hearing.

**SO ORDERED**
DATED:  February 6, 2015

_____
Harry C. Dees, Jr., Judge          C11
United States Bankruptcy Court